IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TILINDIA S. GRAHAM                                                                    PLAINTIFF

v.                                         CIVIL NO. 2:16-cv-02170-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                        DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Tilindia Graham, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1) On October 17, 2016, Plaintiff filed a Motion to Dismiss. (ECF No. 14) Plaintiff now concedes that substantial evidence supports the Commissioner's determination that she was not disabled during the relevant time period. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 18th day of October, 2016.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE